IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FARINA USMAN and MO USMAN         :

                              :     CIVIL ACTION NO.  02-CV-3380

            Plaintiffs,           :

                              :

       v.                        :

                              :

BAYER CORPORATION;          :     ENTRY OF APPEARANCE
BAYER AG;                        :
GLAXOSMITHKLINE, PLC;     :
GLAXOSMITHKLINE;         :
SMITHKLINE BEECHAM       :

                              :

           Defendants.         :

## ENTRY OF APPEARANCE

To the Clerk of the Court:

         Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T.

Conn and Kirstin J. Miller as attorneys for defendant SmithKline Beecham Corporation d/b/a

GlaxoSmithKline.

   Respectfully Submitted,

_____         _____
Hope S. Freiwald                            Aline Fairweather

_____         _____
Alison T. Conn                              Kirstin J. Miller

Dated:  July _____, 2002            DECHERT PRICE & RHOADS
                                       4000 Bell Atlantic Tower
                                       1717 Arch Street
                                       Philadelphia, PA  19103-2793
                                       (215) 994-4000